## (August 13, 1962)

In decisions Nos. 1–3: Present—Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of JAMES C. PARLATO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of EVELYNE GUGLIOTTA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of JAMES E. RICKS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of MATILDA C. HAMILTON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) In the Matter of the Claim of AARON WEISSEL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of ANNE MAYERSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of ILSE OESTREICHER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of NATALIE J. EVANS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of RAYMOND V. GOUGH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of BETTY M. ARMENTROUT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) JOHN MAMONE et al., Appellants, v. DELMAR S. PETERSON et al., Respondents.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ (A) In the Matter of the Claim of EDMUND W. DOYLE, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of HECTOR R. HATCHER, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— [In each action] Permission to withdraw and discontinue appeals granted, without costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR MICHAEL, Appellant, v. ROSS E. HEROLD, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERTO ESTRADA, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT H. HARRIS, Appellant. (D) In the Matter of the Claim of JAIME MALDONADO, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

## (August 27, 1962)

■ (A) In the Matter of SARAH HORWITZ, Appellant, v. DAINTY DRESS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of GOLDIE KAMINSKY, Appellant, v. SIROTA DRESSES et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of LENA WADLER, Appellant, v. GINGER FROCKS, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of MORRIS ABZUG, Appellant, v. HENRY GANS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of FRANCES SCHAENEN, Appellant, v. HENRY GANS DRESSES et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of HERMAN SMALLEN, Appellant, v. ALGENE SPORTSWEAR et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (G) FRANK L. SEARS, SR., Appellant, v. SONIA JOHNSON, Respondent.

(H) SYLVIA SANDFIELD, Respondent, v. C. N. FLAGG & Co., INC., Appellant.— [In each action] Motions to dismiss appeals granted by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) In the Matter of the Claim of PETER STAGG et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of HUGH HAROLD et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— [In each action] Motions for withdrawal and discontinuance of appeals granted, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

### (August 30, 1962)

■ In the Matter of ANN P. KAHLER et al., Appellants, v. CHEMUNG COUNTY BOARD OF ELECTIONS et al., Respondents.— Order affirmed, without costs, on the ground that the designating petitions concededly were not numbered consecutively (Election Law, § 135, subd. 1; *Matter of Pabian* v. *McNab,* 3 N Y 2d 888; *Matter of Nagiel* v. *Laukaitis,* 278 N. Y. 696). In view of this conclusion it is unnecessary to pass upon the other questions raised. Coon, J. P., Gibson, Herlihy and Taylor, JJ., concur.

### FOURTH DEPARTMENT, August, 1962

### (August 31, 1962)

■ In the Matter of VICTOR E. MANZ et al., Respondents, v. JOSEPH GRANGER, Appellant.— Order unanimously reversed, without costs of this appeal to any party, and designating petition held invalid. Memorandum: We disagree with the conclusion reached by the Trial Justice that the members of the committee on vacancies were necessary parties to this proceeding. (*Matter of Kowal* v. *Dmochowski,* 14 A D 2d 665, affd. 10 N Y 2d 794; *Matter of Roman* v. *Power,* 10 N Y 2d 793.) On the merits, we agree with the conclusions stated in the Special Term memorandum as to the invalidity of certain signatures and we adopt those conclusions as our findings. This leaves an insufficient number of valid signatures upon the petition in question. (Appeal from final order of Erie Special Term dismissing the petition for lack of jurisdiction.) Present — Williams, P. J., Halpern, McClusky and Henry, JJ.

■ In the Matter of HENRY NEWMAN, SR., Respondent, v. ALBERT J. RYKZYNSKI, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term granting motion to cancel the enrollment of respondent Rykzynski.) Present — Williams, P. J., Halpern, McClusky and Henry, JJ.

### FIRST DEPARTMENT, SEPTEMBER, 1962

### (September 6, 1962)

■ GREENWICH TOWERS ASSOCIATES v. MCLEAN, GROVE & COMPANY, INC., et al.— Motion for a stay granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL H. SATTERFIELD. — Order of this court entered on July 20, 1962 insofar as it assigns Anthony F. Marra, Esq., as counsel for the defendant-appellant, is vacated, and Michael R.